## Stone & Downer Co. et al. v. United States

No. 4701.—Invoices dated Liverpool, England, October 10, 1936, etc.
Certified October 13, 1936, etc.
Entered at Boston, Mass., October 23, 28, 1936; New York, September 26, 1936, etc.
Entry Nos. 5788, 5793, 741577, etc.

(Order dated January 8, 1940)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.
In chambers, January 5, 1940.

BROWN, Judge: Counsel for both sides having called my attention to an error in the schedule made part of the judgment entered in this case on August 8, 1939, without objection said schedule is hereby corrected as to the item dinky toys 52 B appearing on page 4 of the schedule to make it read:

"Dinky toys 52 B—$1.328 per dozen" instead of per each. See Reap. Dec. 4625.